IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DARRELL BROCKMAN, JR.,** | ) |
| | ) |
|        **Petitioner,** | ) |
| | ) |
| vs. | )    **CIVIL NO. 06-519-WDS** |
| | ) |
| **STEVEN C. BRYANT,** | ) |
| | ) |
|        **Respondent.** | ) |

### MEMORANDUM AND ORDER

**STIEHL, District Judge:**

Petitioner, currently incarcerated in the Graham Correctional Center, brings this habeas corpus action pursuant to 28 U.S.C. § 2254 to challenge the constitutionality of his confinement. In this action, Petitioner challenges his 1991 conviction in St. Clair County, Illinois, for armed robbery, armed violence and aggravated battery, for which he is serving an aggregate sentence of 60 years.

**IT IS HEREBY ORDERED** that Respondent shall, within twenty-three (23) days of receipt of this application for Writ of Habeas Corpus, answer and show cause why the writ should not issue.

Service upon the Illinois Attorney General, Criminal Appeals Bureau, 100 West Randolph, 12th Floor, Chicago, Illinois 60601 shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be **REFERRED** to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

**IT IS SO ORDERED.**
**DATED: September 6, 2006.**

                                                                 **s/ WILLIAM D. STIEHL**
                                                                   **DISTRICT JUDGE**